

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00661-CV

———————————————

IN RE SHAWN OLALI, Relator

Original Proceeding
County Criminal Court No. 3 of Denton County, Texas
Trial Court No. CR-2025-01234-D

Before Wallach, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, motion to stay underlying proceedings, and motion to supplement the mandamus record and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus, motion to stay underlying proceedings, and motion to supplement the mandamus record are denied.

Per Curiam

Delivered:  December 3, 2025